UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHARLES DAVIS, | ) | CASE NO. 5:06 CV 402 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | <u>MEMORANDUM OF OPINION</u> |
| | ) | <u>AND ORDER</u> |
| SANDRA WOOLF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On February 22, 2006, plaintiff <u>pro se</u> Charles Davis (prisoner #408-411), an inmate at the Belmont Correctional Institution in St. Clairsville, Ohio, filed this 42 U.S.C. § 1983 action against six defendants, asserting "wrongful imprisonment." On March 24, 2006, plaintiff filed a request to proceed <u>in forma pauperis</u>. For the reasons stated below, this action is dismissed.

The Prison Litigation Reform Act of 1995, Pub. L. No. 104-40, § 1(a), 110 Stat. 1327 (1996) amended 28 U.S.C. § 1915. Among the changes to the statute is a provision which prevents a prisoner from bringing a civil action or appealing a judgment in a civil action <u>in forma pauperis</u> if, on three or more prior occasions, the prisoner brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief

may be granted. 28 U.S.C. § 1915(g).

Davis has on at least three occasions filed a civil action failing to state a claim in this court. <u>See</u>, <u>Davis v. APA Parole Board</u>, 5:03 CV 1466; <u>Davis v. Judge Judith Hunter</u>, No. 5:03 CV 1465; <u>Davis v. Murphy</u>, No. 1:03 CV 1189. Thus, as the complaint in the instant action does not contain allegations suggesting he is in imminent danger of serious physical injury, plaintiff may not proceed <u>in forma pauperis</u>. <u>See</u> <u>Mitchell v. Tennessee</u>, No. 03-5816, 2004 WL 193153 at *1 (6th Cir. Jan. 30, 2004).

Accordingly, this action is dismissed without prejudice. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


April 20, 2006                     S/John R. Adams
                                   JOHN R. ADAMS
                                   UNITED STATES DISTRICT JUDGE